# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINDA CARABALLO,

    Plaintiff,

v.                                     Case No. 8:10-cv-1525-T-30AEP

JETBLUE AIRWAYS CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #9). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Voluntary Dismissal With Prejudice (Dkt. #9) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear her and its own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1525.dismiss 9.wpd